IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GIL GROVE,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **RIZZI 1857 S.P.A.,** | : | NO. 04-2053 |
| Defendant. | : | |

## ORDER

AND NOW, this 12th day of March, 2013, having reviewed Plaintiff Gil Grove's Motion for Default Judgment (Docket No. 125) and the supplemental brief in support thereof (Docket No. 130), and having held a hearing on the Motion, it is hereby ORDERED that:

1. The Motion is GRANTED IN PART as to Defendant Rizzi 1857 S.P.A.'s liability on all counts.

2. The Motion is DENIED IN PART with regards to Mr. Grove's claimed damages against Rizzi.

3. A jury trial on damages shall be held on Monday, May 13, 2013 at 9:30 a.m in the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, PA 19106 in Courtroom 10B.  Jury selection will commence at that same date, time, and location.  The trial shall conclude by no later than Tuesday, May 14, 2013 at 12:30 p.m.

4. Mr. Grove shall prepare and file with the Clerk of Court his Pretrial Memorandum, in accordance with this Order and Local Rule of Civil Procedure 16.1(c) by no later than April 5, 2013.  One (1) copy of the Pretrial Memorandum shall be served on the Court (Chambers, Room 10613) when the original is filed.

5. By May 3, 2013, Mr. Grove shall submit to the Court (Chambers, Room 10613) two (2) copies of (a) proposed jury voir dire questions, (b) proposed jury instructions with <u>pinpoint</u> citations of authority for each point (ONE POINT PER PAGE), and (c) proposed jury interrogatories.  The originals shall be filed with the Clerk of the Court.

6. If a model jury instruction taken, for instance, from the Third Circuit Model Instructions, O'Malley, Grenig & Lee, <u>Federal Jury Practice and Instructions</u>, or Sand, <u>Modern Federal Jury Instructions</u> is submitted, the parties shall state whether the proposed jury instruction is unchanged or modified.  If a party modifies a model jury instruction, the modification shall be set with additions underlined and deletions placed in brackets.

7. By May 3, 2013, Mr. Grove shall submit to the Court (Chambers, Room 10613) a written statement of the case for reading to the jury at the commencement of the trial which shall cover (a) a brief statement of the facts; (b) a brief statement of the cause(s) of action.  The statement of the case should not exceed two (2) pages in length.

8. By May 3, 2013, Mr. Grove shall supply the Court with two (2) copies of each exhibit, and three (3) copies of a schedule of exhibits which briefly describes each exhibit.

9. All counsel are reminded to review the Court's General Policies and Procedures and Guidelines for Trial and Other Proceedings in the Courtroom available on the Court's website at www.paed.uscourts.gov concerning the conduct of the litigation, including trial.  Any counsel or unrepresented party desiring a hard

copy of this document may call the Court's Civil Deputy at 267-299-7350, to request a copy. These Policies and Procedures address many issues that frequently arise during the pendency of cases, and all counsel and unrepresented parties are expected to follow those procedures in spirit and in fact.

10. EXTENSIONS OF TIME: Any application for extension of any deadline set forth in this Order shall be granted only to prevent manifest injustice. *See* Fed. R. Civ. P. 16(e). Any such request shall include a factual verification of counsel or unrepresented party or witness and shall contain a statement of the position of all other parties as to the request.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge